UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| PATRICIA JEAN RANDOLPH, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | NO. 2:17-cv-00045 |
| ) | CHIEF JUDGE CRENSHAW |
| COMMISSIONER, SOCIAL ) | |
| SECURITY ADMINISTRATION, ) | |
| ) | |
|    Defendant. | |

# ORDER

Pending before the Court is a Report and Recommendation (Doc. No. 21) in which the Magistrate Judge recommends denying the Plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 16) and affirming the decision of the Commissioner to deny Plaintiff's application for a period of disability, disability insurance benefits, and supplemental security income. No objection has been timely filed, and the Magistrate Judge gave a warning that was provided in the Report and Recommendation that failure to timely object would result in a waiver of any right to obtain *de novo* review before the Court and would waive any issues that might otherwise be raised on appeal.

Nevertheless, the Court has carefully reviewed the Report and Recommendation. The Court agrees with the Magistrate Judge's careful analysis. The ALJ's decision is supported by substantial evidence and Plaintiff has not offered persuasive argument to the contrary. Accordingly, the Report and Recommendation (Doc. No. 21) is **APPROVED AND ADOPTED**. The Motion for Judgment on the Administrative Record (Doc. No. 16) is **DENIED**

and the final decision of the Commissioner is **AFFIRMED**. This is a final order. The Clerk shall issue an appropriate judgment under the Federal Rules of Civil Procedure and close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE